GREGORY C. SIMONIAN, ESQ. BAR#: 131162  
VALERIE S. HIGGINS, ESQ. BAR # 238323  
CLAPP, MORONEY, BELLAGAMBA and VUCINICH  
A PROFESSIONAL CORPORATION  
1111 Bayhill Dr., Suite 300  
San Bruno, CA 94066  
(650) 989-5400  (650) 989-5499 Fax  
gsimonian@clappmoroney.com  

Attorneys for Defendants  
THE PARKINSON'S INSTITUTE  

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| LYNDA FRAYO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARKINSON'S INSTITUTE, a California Corporation, and DOES 1-50<br><br>　　　　Defendants. | CASE NO.  C-07-04942-JF<br><br>DEFENDANT<br>THE PARKINSON'S INSTITUTE'S<br>NOTICE OF MOTION AND<br>MOTION TO STRIKE<br>PRAYER FOR ATTORNEY FEES.<br><br>Date:　November 2, 2007<br>Time:　9:00<br>Courtroom:　3, 5th Floor |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 2, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above entitled court, located at 280 South First Street, San Jose, CA 95113, defendant THE PARKINSON'S INSTITUTE will move the court to strike paragraph 4 of plaintiff's prayer, pursuant to FRCP 12(f), because attorney fees are not recoverable as a matter of law.

//  
//  
//

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

DATED: September 26, 2007

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
GREGORY C. SIMONIAN
VALERIE S. HIGGINS
Attorneys For Defendant
THE PARKINSON'S INSTITUTE