1  GREGORY C. SIMONIAN, ESQ. BAR#: 131162
   VALERIE S. HIGGINS, ESQ. BAR # 238323
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Dr., Suite 300
   San Bruno, CA 94066
4  (650) 989-5400  (650) 989-5499 Fax
   gsimonian@clappmoroney.com
5
   Attorneys for Defendants
6  THE PARKINSON'S INSTITUTE

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

10

11 | LYNDA FRAYO,                              | CASE NO.  C-07-04942-JF
12 |         Plaintiff,                        |
   |                                           | PROOF OF SERVICE
13 | v.                                        |
14 | THE PARKINSON'S INSTITUTE, a              |
   | California Corporation, and DOES 1-50     |
15 |                                           |
   |         Defendants.                       |
16

G:\Data\DOCS\0384\03704\facesheet.wpd            1
                                          PROOF OF SERVICE
CASE NO. C-07-04942-JF

**LINDA FRAYO v. THE PARKINSON'S INSTITUTE**
U.S. District Court, Northern District of California Case No. C07-04942-JF

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

1. DEFENDANT THE PARKINSON'S INSTITUTE'S NOTICE OF MOTION AND MOTION TO STRIKE PRAYER FOR ATTORNEY FEES

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RULE 12(f) MOTION TO STRIKE PRAYER FOR ATTORNEY FEES

3. [PROPOSED] ORDER

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

Gerald A. Emanuel, Esq.
Amy Carlson, Esq.
Hinkle, Jachimowicz, Pointer & Emanuel
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Tel: (408) 246-5500
Fax: (408) 246-1051

[X] (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

[ ] (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

[ ] (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

[ ] (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

G:\Data\DOCS\0384\03704\POS

| | |
|---|---|
| [X] | (BY ECP PACER) I caused to be delivered by EPC Pacer this date each of the above documents, for which our office will maintain the EPC Pacer filing receipt, to the following: **SEE ABOVE** |

Executed on September 26, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Leticia C. Julian

G:\Data\DOCS\0384\03704\POS