1  Gerald A. Emanuel (SBN 61049)
   Amy Carlson (SBN 213294)
2  HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
3  San Jose, California 95128
   Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
4

5  Attorneys for Plaintiff
   LYNDA FRAYO

6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10  LYNDA FRAYO,                      ) No. C-07-04942-JF
                                      )
11         Plaintiff,                 )
                                      ) **NOTICE OF NON-OPPOSITION TO**
12  vs.                               ) **DEFENDANT'S MOTION**
    THE PARKINSON'S INSTITUTE, a      )
13  California Corporation, and DOES 1-50) Date: November 2, 2007
                                      ) Time: 9:00 a.m.
14         Defendants.                ) Courtroom: 3, 5th Floor
                                      )
15                                    )

16

17       **PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO**

18              **STRIKE PRAYER FOR ATTORNEYS' FEES**

19     Although Plaintiff's counsel offered to stipulate to strike the prayer for

20  attorney's fees, Defense counsel has requested this non-opposition to their

21

22

1
_____

1  motion.  As such, Plaintiff respectfully submits this non-opposition to
2  Defendant's motion to strike Plaintiff's prayer for attorney's fees.
3      Plaintiff does not object to an order granting Defendant's motion.
4
5  Dated: _____, 2006        HINKLE, JACHIMOWICZ, POINTER & EMANUEL
6
7                                       _____
                                      AMY CARLSON
                                      Attorney for Plaintiff
8                                       LYNDA FRAYO
9
10
11
12
13
14
15
16
17
18
19
20
21
22

PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION