GREGORY C. SIMONIAN, ESQ. BAR # 131162
VALERIE S. HIGGINS, ESQ. BAR # 238323
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  FAX (650) 989-5499
gsimonian@clappmoroney.com

Attorneys for Defendant
THE PARKINSON'S INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| LYNDA FRAYO,<br><br>    Plaintiff<br><br>v.<br><br>THE PARKINSON'S INSTITUTE, a California Corporation, and DOES 1-50,<br><br>    Defendants. | CASE NO.: C-07-04942-JF<br><br>**NOTICE OF CHANGE OF ATTORNEYS OF RECORD** |

TO THE CLERK OF THE HONORABLE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the following are the attorneys of record for defendant The Parkinson's Institute in the above-captioned case:

1. Gregory C. Simonian - gsimonian@clappmoroney.com

2. Valerie S. Higgins- vhiggins@clappmoroney.com

The following names/email addresses should be removed from the proof of service list:

1. Jeffrey Michael Vucinich - jvucinich@clappmoroney.com

2. cgomez@clappmoroney.com

3. jrose@clappmoroney.com

G:\Data\DOCS\0384\03704\change-counsel.wpd         1
NOTICE OF CHANGE OF ATTORNEYS OF RECORD
CASE NO. C-07-04942-JF

4. pco@clappmoroney.com

5. sharrington@clappmoroney.com

DATED: September 28, 2007

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH


By: ___/ S /_____
GREGORY C. SIMONIAN
VALERIE S. HIGGINS
Attorneys for Defendant
THE PARKINSON'S INSTITUTE