GREGORY C. SIMONIAN, ESQ.  BAR#: 131162
VALERIE S. HIGGINS, ESQ. BAR # 238323
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Dr., Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 Fax
gsimonian@clappmoroney.com

Attorneys for Defendants
THE PARKINSON'S INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| LYNDA FRAYO,<br><br>            Plaintiff,<br><br>v.<br><br>THE PARKINSON'S INSTITUTE, a California Corporation, and DOES 1-50<br><br>            Defendants. | CASE NO.   C-07-04942-JF<br><br>[PROPOSED] ORDER<br><br>Date:   November 2, 2007<br>Time:   9:00 a.m.<br>Courtroom: 3, 5th Floor |

        Defendant's Rule 12(f) Motion to Strike Prayer for Attorney Fees came on regularly for hearing on November 2, 2007 before the Hon. Jeremy Fogel.

        On proof made to the satisfaction of the Court, as well as plaintiff's non-opposition to the motion, the Court hereby ORDERS that Defendant The Parkinson's Institute's 12(f) Motion to Strike Prayer for Attorney Fees is Granted and that the claim for attorney fees in this matter be stricken.

IT IS SO ORDERED.


Dated: _____, 2007          _____
                                        HON. JEREMY FOGEL