**E-filed 11/2/07**

GREGORY C. SIMONIAN, ESQ. BAR#: 131162
VALERIE S. HIGGINS, ESQ. BAR # 238323
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Dr., Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 Fax
gsimonian@clappmoroney.com

Attorneys for Defendants
THE PARKINSON'S INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| LYNDA FRAYO,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARKINSON'S INSTITUTE, a California Corporation, and DOES 1-50<br><br>        Defendants. | CASE NO.  C-07-04942-JF<br><br>[~~PROPOSED~~] ORDER<br><br>Date:   November 2, 2007<br>Time:  9:00 a.m.<br>Courtroom: 3, 5th Floor |

~~Defendant's Rule 12(f) Motion to Strike Prayer for Attorney Fees came on regularly for hearing on November 2, 2007 before the Hon. Jeremy Fogel.~~

The Court, having read and considered all papers in support of and in opposition to Defendant The Parkinson's Institute's 12(f) Motion to Strike Prayer for Attorney Fees, and having heard and considered all arguments of counsel, hereby ORDERS that Defendant's Motion to Strike is Granted.

IT IS SO ORDERED.

Dated: __11/2_____, 2007                     _____
                                                                      HON. JEREMY FOGEL

G:\Data\DOCS\0384\03704\Mot2Strike-PropOrder.wpd            1
[PROPOSED] ORDER
CASE NO. C-07-04942-JF