# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Frayo,<br><br>             Plaintiff(s),<br><br>       v.<br><br>The Parkinson's Institute,<br><br>             Defendant(s). | 07-04942 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 8, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04942 JF                              -2-

PROOF OF SERVICE

Case Name:	Frayo v. The Parkinson's Institute

Case Number:	07-04942 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Amy Richelle Carlson
> Hinkle Jachimowicz Pointer & Emanuel
> 2007 West Hedding Street, Suite 100
> San Jose, CA 95128
> acarlson@hinklelaw.com
>
> Gerald A. Emanuel
> Hinkle, Jachimowicz, Pointer & Emanuel
> 2007 W. Hedding Street, Suite 100
> San Jose, Ca 95128
> jemanuel@hinklelaw.com
>
> Gregory Charles Simonian
> Clapp Moroney Bellagamba & Vucinich
> 1111 Bayhill Drive, Suite 300
> San Bruno, Ca 94066
> gsimonian@clappmoroney.com
>
> Valerie Suzanne Higgins
> Clapp Moroney Bellagamba and Vucinich
> 1111 Bayhill Drive

    Suite 300
    a Professional Corporation
    San Bruno, CA 94066
    vhiggins@clappmoroney.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2008 in San Francisco, California.

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov