# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Lynda Frayo

                                        Case No. C-07-04942-JF

            Plaintiff(s),

                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL

        v.

The Parkinson's Institute, a California
Corporation, and DOES 1-50
                    Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45):*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 01/09/08

Dated: 01/09/08

[Party] *Debbie Machie for The Parkinson's Institute*

[Counsel] *Valerie S. Higgins*