## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, Janaury 18, 2008
**Case Number:** CV-07-4942-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     LYNDA FRAYO   V.  THE PARKINSON'S INSTITUTE

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Amy Carlson | Attorneys Present: Gregory Simonian |

PROCEEDINGS:

Case management conference held. Parties are present. Continued to 4/18/08 at 10:30 a.m. for further case management conference. Mediation to be completed by 4/14/08.