L. THEODORE SCHELEY III, ESQ.   Bar No. 148916
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  FAX (650) 989-5499

Attorneys for Defendant
THE PARKINSON'S INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| LYNDA FRAYO,<br><br>Plaintiff<br><br>v.<br><br>THE PARKINSON'S INSTITUTE, a California Corporation, and DOES 1-50,<br><br>Defendants. | CASE NO.:  C-07-04942-JF<br><br>**ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the law offices of Clapp, Moroney, Bellagamba and Vucinich, attorneys of record for defendant, THE PARKINSON INSTITUTE, hereby associates the law firm of Reynolds Casas & Riley, LLP as counsel of record for defendant, THE PARKINSON INSTITUTE, in the above-entitled matter.

> Gregory C. Simonian, Esq.
> Reynolds Casas & Riley, LLP
> One First Street, Suite 2
> Los Altos, CA 94022
> Tel: (650) 948-7200
> Fax: (650) 948-7220
> email: gsimonian@legalteam.com

G:\Data\DOCS\0384\03704\association-counsel.wpd   1

ASSOCIATION OF COUNSEL
CASE NO. C-07-04942-JF

1  Please add the law offices of Reynolds Casas & Riley, LLP to your proof of service in this
2  matter.
3  I consent to this association.

5  Dated: February 19, 2008

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
L. THEODORE SCHELEY
Attorneys For Defendant
THE PARKINSON INSTITUTE

10  I accept this association.
11  Dated: February 19, 2008

REYNOLDS CASAS & RILEY, LLP

By: _____
GREGORY C. SIMONIAN
Attorneys for Defendant
THE PARKINSON INSTITUTE

G:\Data\DOCS\0384\03704\association-counsel.wpd  2

ASSOCIATION OF COUNSEL
CASE NO. C-07-04942-JF