# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Frayo, | 07-04942 JF MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| The Parkinson's Institute, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Joel Franciosa**
Law Offices of Joel P. Franciosa
1169 Trestle Glen Rd.
Oakland, CA 94610
510-272-5103

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04942 JF MED                 - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 29, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:   Claudia M. Forehand

7  

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04942 JF MED                - 2 -