GREGORY C. SIMONIAN, ESQ. BAR#: 131162
VALERIE S. HIGGINS, ESQ. BAR # 238323
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200  (650) 948-7220 Fax
gsimonian@legalteam.com

Attorneys for Defendants
THE PARKINSON'S INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| LYNDA FRAYO, | CASE NO. C-07-04942-JF |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT THE PARKINSON'S INSTITUTE'S MOTION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND (~~PROPOSED~~) ORDER |
| THE PARKINSON'S INSTITUTE, a California Corporation, and DOES 1-50 | |
| Defendants. | |

The Parkinson's Institute hereby moves this Court to approve the substitution of its attorney, as specified herein.

Gregory C. Simonian, Esq. is counsel of record for The Parkinson's Institute in the above-captioned matter. Mr. Simonian has recently joined a new law firm, and with this Court's approval will continue his representation of The Parkinson's Institute, albeit under the auspices of his new firm.

Mr. Simonian was previously a partner of the following law firm:

Clapp, Moroney, Bellagamba & Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: (650) 989-5400

//

1    As of February 19, 2008, Mr. Simonian is now a partner of the following law firm:

2    Casas Riley & Simonian, LLP
     One First Street, Suite 2
3    Los Altos, CA 94022
     Tel: (650) 948-7200
4    Fax: (650) 948-7220

5    The Parkinson's Institute is amenable to this proposed substitution, and the managing

6  partner of Clapp, Moroney, Bellagamba & Vucinich has been notified of this proposed change, and

7  has no objection. (See Exhibit A, Judicial Council of California form MC-050, Substitution of

8  Attorney, for signatures evidencing approval of change.) This Motion has been duly served on all

9  parties to this action, including The Parkinson's Institute.

10   For the foregoing reasons, The Parkinson's Institute respectfully requests that this Court

11 issue an Order approving this proposed substitution of attorney.

12 DATED: March 6, 2008                    CASAS RILEY & SIMONIAN, LLP

13
                                           By: _____
14                                              GREGORY C. SIMONIAN
15                                              VALERIE S. HIGGINS
                                                Attorneys For Defendant
16                                              THE PARKINSON'S INSTITUTE

17
                                    **(PROPOSED) ORDER**
18
     The Motion of The Parkinson's Institute for approval of substitution of attorney is
19
   GRANTED. Counsel of record for The Parkinson's Institute shall be:
20

21                        Gregory C. Simonian, Esq.
                          Casas Riley & Simonian, LLP
22                        One First Street, Suite 2
                          Los Altos, CA 94022
23                        Tel: (650) 948-7200
                          Fax: (650) 948-7220
24

25 IT IS ORDERED.
     3/17/08
26
                                           _____
27                                         JUDGE
                                           JEREMY FOGEL, US DISTRICT COURT
28

F:\wpdocs\LITIGATE\CLIENTS\Monitor Liability Managers, Inc\Frayo v. The Parkinson's
Institute\Pleadings\Substitution.wpd           2
MOTION FOR SUBSTITUTION OF COUNSEL AND ORDER
CASE NO. C-07-04942-JF

EXHIBIT A

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| L. THEODORE SCHELEY III, ESQ.   BAR NO. 148916<br>CLAPP, MORONEY, BELLAGAMBA AND VUCINICH<br>1111 Bayhill Drive, Suite 300<br>SAN BRUNO, CA 94066<br>TELEPHONE NO.: (650) 989-5400   FAX NO. *(Optional):* (650) 989-5499<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Defendant THE PARKINSON'S INSTITUTE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT
STREET ADDRESS: 280 S. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: NORTHERN DISTRICT - SAN JOSE

CASE NAME: LYNDA FRAYO v. THE PARKINSON'S INSTITUTE, et al.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>C-07-04942-JF |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* THE PARKINSON'S INSTITUTE makes the following substitution:

1. Former legal representative   [ ] Party represented self   [X] Attorney *(name):* CLAPP, MORONEY, et al.
2. New legal representative   [ ] Party is representing self*   [X] Attorney
   a. Name: GREGORY C. SIMONIAN, ESQ.   b. State Bar No. *(if applicable):* 131162
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      REYNOLDS CASAS & RILEY, LLP
      ONE FIRST STREET, SUITE 2, LOS ALTOS, CA 94022
   d. Telephone No. *(include area code):* (650) 948-7200
3. The party making this substitution is a   [ ] plaintiff  [X] defendant  [ ] petitioner  [ ] respondent  [ ] other *(specify):*

---

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: February 26, 2008
   THE PARKINSON'S INSTITUTE
   (TYPE OR PRINT NAME)                    ▶ *(signature)*
                                            (SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
   Date: February ___, 2008
   CLAPP, MORONEY, BELLAGAMBA AND VUCINICH
   L. THEODORE SCHELEY III, ESQ.            ▶ *(signature)*
   (TYPE OR PRINT NAME)                    (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
   Date: February 19, 2008
   GREGORY C. SIMONIAN, ESQ.                REYNOLDS CASAS & RILEY, LLP
   (TYPE OR PRINT NAME)                    ▶ *(signature)*
                                            (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2007] | SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) |  Legal Solutions Plus | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362 |

# PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is One First Street, Suite 2, Los Altos, California, 94022-2753.

On March 6, 2008, I served the following document(s):

**DEFENDANT THE PARKINSON'S INSTITUTE'S MOTION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND (PROPOSED) ORDER**

on the following interested parties in said action:

Amy Carlson, Esq.
Hinkle, Jachimowicz, Pointer & Emmanuel
2007 West Hedding Street, Suite 100
San Jose, CA 95128

by using the following form of service:

__X__ (VIA MAIL) I placed a true copy of the above-referenced documents in a sealed envelope with postage thereon fully prepaid; I caused the envelope to be deposited in the mail at Los Altos, California in accordance with the standard practice of Reynolds Casas & Riley, LLP for collection and processing of correspondence for mailing. I am familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, mail is deposited, with postage thereon fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business.

_____ (VIA FACSIMILE) I caused a true copy of the above-referenced documents to be transmitted by facsimile transmission to the person(s) listed above at the fax number last given by that person.

_____ (VIA OVERNIGHT DELIVERY) I placed a true copy of the above-referenced documents in a sealed envelope and caused said envelope to be deposited with an express service carrier for delivery on the following business day to the person(s) listed above by either depositing the envelope in a box or facility regularly maintained by the express service carrier or delivering the envelope to an authorized courier or driver of the express service carrier.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2008, at Los Altos, California.

_____
Mandi Cantrell