1  Gerald A. Emanuel (SBN 61049)
   Amy Carlson (SBN 213294)
2  HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
   San Jose, California 95128
3  Telephone: (408) 246-5500
   Facsimile: (408) 246-1051

4

5  Attorneys for Plaintiff
   LYNDA FRAYO

6

7

8              UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
9

10 LYNDA FRAYO,                              )
                                            ) No. C-07-04942-JF
          Plaintiff,                         )
11                                          )
   vs.                                       ) **UPDATED JOINT CASE**
12                                          ) **MANAGEMENT CONFERENCE**
   THE PARKINSON'S INSTITUTE, a California   ) **STATEMENT AND RULE 26(f) REPORT**
   Corporation, and DOES 1-50                )
13                                          )
          Defendants.                        ) DATE:  4/18/08
                                            ) TIME:  10:30 a.m.
14                                          ) DEPT:  Ctrm 3, 5ᵗʰ Floor, SJ
                                            )
15

16        Pursuant to Civil Local Rule 16-9, plaintiff Lynda Frayo ("Frayo") and defendant The

17 Parkinson's Institute ("TPI") jointly submit the following UPDATED Case Management

18 Statement:

19
                              **SETTLEMENT AND ADR**
20        This case was originally set to have mediation prior to April 14, 2008, however due to

21 unforeseen circumstances with regard to scheduling of Plaintiff's deposition, the mediation has

22

1  been postponed until May 30, 2008.  The parties request the CMC be continued until a day after

2  May 30, 2008.

3

4  DATED: April ____, 2008              CLAPP, MORONEY, BELLAGAMBA & VUCINICH

5

6

7  By:_____
       GREGORY C. SIMONIAN, ESQ.
       VALERIE S. HIGGINS, ESQ.

8      Attorneys for Defendant
       THE PARKINSON'S INSTITUTE

9

10  DATED: April ____, 2008              HINKLE, JACHIMOWICZ, POINTER & EMANUEL

11

12

13  By:_____
       AMY CARLSON
       Attorneys for Plaintiff

14     LYNDA FRAYO

15

16

17

18

19

20

21

22

UPDATED JOINT CASE MANAGEMENT STATEMENT