# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Frayo, | No. C 07-04942 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| The Parkinson's Institute, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _May 30, 2008_

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _Jun 12, 2008_    _____
Mediator, Joel Franciosa
Law Offices of Joel P. Franciosa
1169 Trestle Glen Rd.
Oakland, CA 94610

Certification of ADR Session
07-04942 JF MED