UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 13, 2008
**Case Number:** CV-07-4942-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        LYNDA FRAYO   V.  THE PARKINSON'S INSTITUTE

                       PLAINTIFF                               DEFENDANT

   **Attorneys Present:**                         **Attorneys Present:** Valerie Higgins

PROCEEDINGS:
   Further case management conference held.  Counsel for defendant is present and advises the case has settled.  The Court directs the clerk to close the case.